No. 456, Misc.  ROUZER v. RUSSELL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 519, Misc.  WRIGHT v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 522, Misc.  LUCAS v. TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 525, Misc.  WRIGHT v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox* for the United States.

No. 526, Misc.  GIBBONS v. PRECISION INSPECTIONS, LTD., ET AL.  157th Judicial District Court of Harris County, Texas.  Certiorari denied.  Petitioner *pro se. Fannie Gray Clegg* for respondents.

No. 535, Misc.  FRENCH v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 577, Misc.  GOMEZ v. NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 581, Misc.  ZANCA v. STICHMAN.  C. A. 2d Cir. Certiorari denied.

No. 589, Misc.  MILNE v. MARYLAND.  Circuit Court of Baltimore County, Maryland.  Certiorari denied.

No. 698, Misc.  FERMIN v. MUNICIPAL COURT DEPARTMENT No. 3, OAKLAND, CALIFORNIA.  Supreme Court of California.  Certiorari denied.